```
              PLUMBERS UNION LOCAL NO. 12 WELFARE FUND
                    1230-1236 MASSACHUSETTS AVENUE
                         BOSTON, MA 02125-1608
```

4/26/2022



Dear Member:

    This letter is to remind you that you had an insufficient number of hours to qualify for full insurance coverage for the coverage period shown below.

    Insurance Period                3/01/2022 thru  8/31/2022

    To continue your coverage for the month shown below, you owe the following:

    Coverage Month                                        7/2022
    Amount Due                                            $168.84

    To continue your coverage after the month indicated above, you must buy coverage under the following COBRA rates:

|  | MEDICAL ONLY | MEDICAL & DENTAL |
|---|---|---|
| INDIVIDUAL COVERAGE | $ 708.00 | $736.00 |
| FAMILY COVERAGE | $1857.00 | $1954.00 |

    Please make checks payable to: Plumbers Union Local 12 Welfare Fund.

    If you have any questions concerning this letter, please do not hesitate to contact the Trust Fund Office.

Fraternally yours,

Roger B. Gill
Administrator

**#7345.1**