UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GREATER BOSTON PLUMBING CONTRACTORS ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM ALPINE, in his official capacity as Director of the MASSACHUSETTS DEPARTMENT OF FAMILY AND MEDICAL LEAVE,<br><br>Defendant. | CIVIL ACTION NO.:<br>1:20-cv-12283-GAO<br><br>LEAVE TO FILE<br>GRANTED ON: March 31, 2025 |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY
REGARDING OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Pursuant to leave granted by the Court on March 31, 2025, plaintiff Greater Boston Plumbing Contractors Association hereby gives notice of the filing of supplemental authority regarding its Opposition to Defendant's Motion to Dismiss. The supplemental authority consists of Pharm. Care Mgmt. Ass'n v. Mulready, 78 F.4th 1183 (10th Cir. 2023) (petition for writ of certiorari filed May 10, 2024), reversing Pharm. Care Mgmt. Ass'n v. Mulready, 598 F. Supp.3d 1200 (W.D. Okla., Apr. 4, 2022), copies of which are attached hereto as Exhibit A. The supplemental authority is relevant to Plaintiff's Opposition to Defendant's Motion to Dismiss (Docket No. 59 at pages 7-10) and Plaintiff's Surreply (Docket No. 62 at pages 1-2) and supports Plaintiff's argument that an effective impact on ERISA benefit design or plan administration is a sufficient injury for standing purposes.

{15339/A0941727.1}

**GREATER BOSTON PLUMBING CONTRACTORS ASSOCIATION**,
By its attorneys,

*/s/ Johanna L. Matloff*

_____
Johanna L. Matloff (BBO # 655178)
THE WAGNER LAW GROUP
125 High Street
Oliver Street Tower, 5th Floor
Boston, MA 02110
Phone: 617-357-5200
Fax: 617-357-5250
Email: jmatloff@wagnerlawgroup.com

### Certificate of Service

    I hereby certify that this document will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of April, 2025.

                                                    _/s/ Johanna L. Matloff_____